## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**ALAINE KAY,** *et al.,*

    **Plaintiffs,**

    v.                       **Case No.: 2:10-CV-433**
                                  **JUDGE SMITH**
                                  **MAGISTRATE JUDGE KING**

**JESSICA COVERT,** *et al.,*

    **Defendants.**

## ORDER

On October 1, 2010, the United States Magistrate Judge issued an *Order and Report and Recommendation* denying defendants' motion to consolidate and recommending that plaintiffs' motion to remand be granted. *Order and Report and Recommendation*, Doc. No. 17. Although the parties were advised of their right to object to the recommendation and of the consequences of their failure to do so, *id.,* there has nevertheless been no objection.

The *Report and Recommendation* is hereby **ADOPTED AND AFFIRMED**. Plaintiffs' motion to remand, Doc. No. 11, is **GRANTED**. This action is hereby ordered **REMANDED** to the Court of Common Pleas for Perry County, Ohio.

    **IT IS SO ORDERED.**

                                                     */s/ George C. Smith*
                                                     **GEORGE C. SMITH, JUDGE**
                                                     **UNITED STATES DISTRICT COURT**